IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OCEAN SPRAY CRANBERRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEDGE WATER, LLC D/B/A WAVE SODA, <br><br> Defendant. | C.A. No. 1:21-cv-10669-MLW |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Wedge Water, LLC d/b/a Wave Soda identifies 3 Fold LLC as Defendant's parent company. No publicly held corporation owns 10% or more of Defendant's membership interests.

1

Dated: May 7, 2021

Respectfully Submitted,

**WEDGE WATER, LLC**
**D/B/A WAVE SODA,**

*By its attorneys*,

/s/ *Keith Toms*
Keith Toms (BBO# 663369)
Alexander T. Hornat (BBO# 687588)
McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
Phone: 617-449-6500
ktoms@mccarter.com
ahornat@mccarter.com

Andrew Levine (*pro hac vice pending*)
J. Tobias Rowe (*pro hac vice pending*)
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Phone: 415-599-0210
levine@braunhagey.com
rowe@braunhagey.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of May 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Keith Toms*
Keith Toms